CHIEF JUSTICE
JAMES T. WORTHEN



# TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/8/2015 11:03:45 AM
CATHY S. LUSK
Clerk

April 7, 2015

Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:          12-14-00360-CR
        Trial Court Case Number:   2013-0659

**Style:**    Tenisha Ruth
            v.
            The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Ms. Sandra Martin (DELIVERED VIA E-MAIL)
C Mr. Albert J. Charanza Jr. (DELIVERED VIA E-MAIL)
:

Mandate executed on 8TH day of APRIL, 2015.

Brief explanation of action taken: FILE STAMPED AND ENTERED

ROBIN J. CRAIN DEPUTY District Clerk